UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENNIS RYAN | JURY TRIAL DEMANDED |
| v. | CASE NO. 3:10CV 1576 |
| SOLOMON AND SOLOMON, P.C.<br>JULIE SOLOMON<br>URSULA HENDERSON<br>CITIBANK (SOUTH DAKOTA) N.A. | |

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. § 36a-645, or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42 110a.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant Solomon and Solomon, P.C. regularly engages in the practice of consumer debt collection.

6. Defendant Solomon and Solomon, P.C. is licensed as a Consumer Collection Agency in Connecticut.

7. The defendant Julie Solomon was admitted to practice in Connecticut on January 24, 2005. She signs all summons, complaints, and postjudgment execution applications filed in Connecticut for the P.C.'s creditor clients.

8. The Solomon defendants' case list of collection matters in Connecticut exceeded 16,000 as of 9/17/2010.

9. The defendant Henderson is a postjudgment clerk employed by the P.C.

10. Defendants engaged in efforts to collect from plaintiff a personal credit card account.

11. Defendants obtained a default judgment on the personal credit card account against plaintiff in August, 2009 in Citibank v. Ryan, NNH-CV09-5029737-S, Superior Court, Judicial District of New Haven Connecticut ("the State Court Action").

12. Defendants did not file any motion seeking a court order for postjudgment interest in the State Court Action.

13. Defendants did not appear in court on the date judgment was entered.

14. Defendants did not file any allegation or submit any documentation that plaintiff had wrongfully withheld any funds in the State Court Action.

15. No postjudgment interest was awarded in the State Court Action.

16. On June 22, 2010, Defendant Solomon applied for a wage execution on a form which acknowledged that no postjudgment interest had been awarded.

17. Defendant Henderson forwarded the application for wage execution to the court.

18. On June 23, 2010, the court clerk issued the execution with no check in the box entitled "Postjudgment interest was ordered by the Court." Exhibit A.

19. Defendant Henderson alone processed the execution after it was issued by the court clerk.

20. Defendant Henderson checked the "Postjudgment Interest" box before transmitting the execution form to the Connecticut marshal for service. Exhibit B.

21. During 2010, and until August 11, 2010, defendant Henderson routinely

checked the "Postjudgment interest was ordered by the Court" box after the form was signed by the clerk and returned to the law firm.

22. Defendant Julie Solomon did not see or process the execution after it was issued by the Superior Court clerk.

23. Defendant Julie Solomon signs execution application forms but does not see or process them once they are issued by the Superior Court clerk.

24. As served on plaintiff's employer, because the box was checked, defendants' execution added $666.25 interest to the judgment.

25. Defendant Julie Solomon represented to the plaintiff's attorney and to the Superior Court that the wage execution had been withdrawn.

26. The execution continued in effect for two weeks despite Solomon's representations.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a)  That judgment be entered against the Solomon Defendants for statutory damages, pursuant to 15 U.S.C. § 1692k and punitive damages pursuant to CUTPA;  and against Citibank for $1,000 statutory damages, pursuant to Conn. Gen. Stat. § 36a-648.

(b)  That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f)  That the Court grant such other and further relief as may be just and proper.

THE PLAINTIFF

*Joanne S. Faulkner*

BY   **/s/ Joanne S. Faulkner**
   Joanne S. Faulkner ct04137
   123 Avon Street
   New Haven, CT 06511-2422
   (203) 772-0395
   faulknerlawoffice@snet.net

p04 21568290

**WAGE EXECUTION PROCEEDINGS**
**APPLICATION, ORDER, EXECUTION**

JD-CV-3 Rev. 10-09
General Statutes §§ 31-58(j), 52-350a, 52-361a,
52-356d, 29 U.S.C. 206(a)(1)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Employer: See Page 2 for Instructions

**APPWEX**

**WAGEEX**

### Instructions

**Judgment Creditor or Attorney**
1. Prepare original and four copies.
2. Attach form JD-CV-3a to one copy of this form.
3. Present original and 3 copies to clerk of court.
4. Keep one copy for your file.

**Clerk**
1. Issue execution by signing original and 2 copies.
2. Retain one copy for court file.
3. Enter any court ordered limitation at the bottom of section II on page 2.

**Proper Officer**
1. Leave one signed copy with employer.
2. Make return on signed original.
3. Leave one copy of Modification and Exemption Claim form (JD-CV-3a) with employer and fill in "Date of Service" on form.

Name and mailing address of Judgment Creditor or Attorney
(To be completed by Judgment Creditor or Attorney)

Solomon and Solomon, P.C.
5 Columbia Circle
Albany NY, 12203

| Field | Value |
|---|---|
| Address of court | 235 Church Street, New Haven, CT 06510 |
| Date of judgment | 08/17/09 |
| Docket number | CV-09-5029737-S |
| Amount of $35.00 (weekly, monthly, or other) payments ordered | |
| Commencement date | 9/11/09 |
| Name(s) and address(es) of Judgment Creditor(s) | CITIBANK (SOUTH DAKOTA) N.A. / 701 EAST 60TH ST NO. / SIOUX FALLS  SD  57104 |
| Name(s) and address(es) of Judgment Debtor(s) | DENNIS M RYAN / 120 HARTLEY ST / NORTH HAVEN  CT  06473 |
| Name and address of employer of Judgment Debtor (if known) | HAMDEN POLICE DEPT - Town / 2900 Dixwell Ave / HAMDEN CT 06518 |
| Telephone number of employer (if known) | 203-230-4000 |
| 1. Amount of judgment | $7101.62 |
| 2. Amount of costs and fees | $276.80 |
| 3. Total amount of judgment, costs and fees (Add 1 and 2) | $7378.42 |
| 4. Total amount paid (if any) | $0.00 |
| 5. Total amount unpaid (Subtract 4 from 3) | $7378.42 |
| 6. Application fee for wage execution (if not waived by the court) | $75.00 |
| 7. Other Court ordered postjudgment costs and fees | $0.00 |
| 8. Total of lines 6, 6 and 7 | $7453.42 |
| Check if applicable | ☐ Postjudgment interest was ordered by the Court |
| Date signed | 6/22/10 |
| Telephone number | 518 456-8100 |

To: Any Proper Officer

Whereas the above-named Judgment Creditor(s) recovered judgment against the above-named Judgment Debtor(s) for the above Amount of Judgment, Costs and Fees as appears of record, whereof execution remains to be done on the Total Shown in line 8 above,

And Whereas, pursuant to statute, the said court entered an order that said judgment be paid in installment payments,

And Whereas, the said Judgment Debtor(s) failed to comply with said order for installment payments, as appears of record by application of said Judgment Creditor(s) moving that this execution issue on said Total in line 8 above.

These are, therefore, by authority of the State of Connecticut, to command you, that of any wages due any said Judgment Debtor as may not exceed the Amount of Execution calculated on page 2 of this form, within your precincts, you cause to be levied, paid, and satisfied unto the said Judgment Creditor(s), with postjudgment interest as ordered by the Court, if applicable, plus the application fee and other Court ordered postjudgment costs and fees, and your own fees.

Make service hereof within one year of this date, and due return hereof with your doings thereon, within thirty days from satisfaction hereof.

Signed (Assistant Clerk of said court)

On (Date) 6/23/10

For Court Use Only
File date



Page 1 of 2

WAGE EXECUTION PROCEEDINGS

A

p04 21568290

**.E EXECUTION PROCEEDINGS**
**/LICATION, ORDER, EXECUTION**
-CV-3  Rev. 10-09
eneral Statutes §§ 31-58(j), 52-350a, 52-361a,
52-356d, 29 U.S.C. 206(a)(1)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov
Employer: See Page 2 for instructions



**Instructions**

**Judgment Creditor or Attorney**
1. Prepare original and four copies.
2. Attach form JD-CV-3a to one copy of this form.
3. Present original and 3 copies to clerk of court.
4. Keep one copy for your file.

**Clerk**
1. Issue execution by signing original and 2 copies.
2. Retain one copy for court file.
3. Enter any court ordered limitation at the bottom of section II on page 2.

**Proper Officer**
1. Leave one signed copy with employer.
2. Make return on signed original.
3. Leave one copy of Modification and Exemption Claim form (JD-CV-3a) with employer and fill in "Date of Service" on form.

APPWEX

Name and mailing address of Judgment Creditor or Attorney
(To be completed by Judgment Creditor or Attorney)

Solomon and Solomon, P.C.
5 Columbia Circle
Albany NY. 12203

| | |
|---|---|
| Address of court (Number, street, and town)  [ ] G.A.  [ ] J.D.  06510  Housing Session | Date of judgment 08/17/09 |
| 235 Church Street, New Haven, CT 06510 | Docket number CV-09-5029737-S |
| Amount of $35.00 (weekly, monthly, or other) payments ordered (Employers must pay amount of execution calculated on page 2 of this form) | Commencement date 9/11/09 |

Name(s) and address(es) of Judgment Creditor(s)
CITIBANK (SOUTH DAKOTA) N.A.
701 EAST 60TH ST NO.
SIOUX FALLS  SD  57104

Name(s) and address(es) of Judgment Debtor(s)
DENNIS M RYAN
123 HARTLEY ST
NORTH HAVEN  CT  06473

Name and address of employer of Judgment Debtor (if known)
HAMDEN POLICE DEPT. Town
2900 Dixwell Ave  HAMDEN  CT  06518

Telephone number of employer (if known) 203-230-4000

1. Amount of judgment (Include where applicable, prejudgment interest and attorney's fees) $7101.62
2. Amount of costs and fees $276.80
3. Total amount of judgment, costs and fees (Add 1 and 2) $7378.42
4. Total amount paid (if any) $0.00
5. Total amount unpaid (Subtract 4 from 3) $7378.42
6. Application fee for wage execution (if not waived by the court) $75.00
7. Other Court ordered postjudgment costs and fees $0.00
8. Total of lines 5, 6 and 7 $7453.42

[X] Postjudgment interest was ordered by the Court

Date signed 6/22/10
Telephone number 518 456-8100

Signed (Judgment Creditor or Attorney)

**To: Any Proper Officer**
Whereas the above-named Judgment Creditor(s) recovered judgment against the above-named Judgment Debtor(s) for the above Amount of Judgment, Costs and Fees as appears of record, whereof execution remains to be done on the Total Shown in line 8 above,

And Whereas, pursuant to statute, the said court entered an order that said judgment be paid in installment payments,

And Whereas, the said Judgment Debtor(s) failed to comply with said order for installment payments, as appears of record by application of said Judgment Creditor(s) moving that this execution issue on said Total in line 8 above.

These are, therefore, by authority of the State of Connecticut, to command you, that of any wages due any said Judgment Debtor as may not exceed the Amount of Execution calculated on page 2 of this form, within your precincts, you cause to be levied, paid, and satisfied unto the said Judgment Creditor(s), with postjudgment interest as ordered by the Court, if applicable, plus the application fee and other Court ordered postjudgment costs and fees, and your own fees.

Make service hereof within one year of this date, and due return hereof with your doings thereon, within thirty days from satisfaction hereof.

Signed (Assistant Clerk of said court)

On (Date) 6/22/10

**For Court Use Only**
File date

WAGE EXECUTION PROCEEDINGS

B